UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMANDA SIEGEL, as Parent and Natural Guardian of G.G., a Minor Child,

*Plaintiff*,

v. CASE NO. 8:26-cv-03096

THE GAP, INC.,

*Defendant*.

---

## NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

***AMANDA SIEGEL, as Parent and Natural Guardian of G.G., a Minor Child, Plaintiff vs. THE GAP, INC., Defendant*. 2025CA003034AX, The Twelfth Judicial Circuit in and for Manatee County, Florida.**

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted,

*/s/ Krista N. Cammack*

Krista N. Cammack, Esquire
Florida Bar No. 104718
WICKER SMITH O'HARA MCCOY & FORD, P.A.
390 N. Orange Ave., Suite 1000
Orlando, FL 32801
Phone: (407) 843-3939
kcammack@wickersmith.com
*Attorneys for The Gap, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on October 9, 2026, and the foregoing document is being served this day on all counsel or parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Krista N. Cammack*
Krista N. Cammack, Esquire